O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOE LONG,<br><br>           Petitioner,<br><br>     v.<br><br>C. KEETON, Warden,<br><br>           Respondent. | Case No. 2:17-cv-07980-FMO-KES<br><br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 11). Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. (Dkt. 15.) The Court accepts the report, findings, and recommendations of the Magistrate Judge.[1]

---

[1] On or about May 8, 2018, Petitioner filed a one page "Notice of Appeal." (Dkt. 16 [signature date].) The notice purports to appeal a "Judgment" entered by the Magistrate Judge through her Report and Recommendation on April 13, 2018. The United States Court of Appeals for the Ninth Circuit assigned Petitioner appellate Docket No. 18-55684. (Dkt. 18.) On June 27, 2018, the Ninth Circuit issued an order dismissing Petitioner's appeal because the order he challenged, i.e., the Magistrate Judge's Report and Recommendation, "is not final or appealable," and the appellate court therefore lacked jurisdiction. <u>William Joe Long v. C.</u>

1 | IT IS THEREFORE ORDERED that Judgment be entered denying the
2 | Petition as untimely and dismissing this action with prejudice.

DATED: June 29, 2018

_____/s/_____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

---

Keeton, Warden, No. 18-55684 (9th Cir. 2018), Dkt. 2 (citing Serine v. Peterson, 989 F.2d 371, 372-73 (9th Cir. 1993) (magistrate judge's findings and recommendations not appealable; premature appeal not cured by subsequent entry of final judgment by district court)). Accordingly, Petitioner's notice of appeal does not deprive the Court of jurisdiction to enter this order.