JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOE LONG,<br><br>Petitioner,<br><br>v.<br><br>C. KEETON, Warden,<br><br>Respondent. | Case No. 2:17-cv-07980-FMO-KES<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied as untimely and this action is dismissed with prejudice.

DATED: June 29, 2018

_____/s/_____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE